UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

      Plaintiffs,

      v.

DARI HINES,

      Defendant.
_____/

Hon. : Wendell A. Miles
Case : 5:05-cv-0046

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred and Fifty Dollars ($3,750.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred Fifty Six Dollars and Seventy Two Cents ($256.72).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Just Got Paid," on album "Secrets of Flying," by artist "Johnny Kemp" (SR# 92-433);

- "Ready or Not," on album "After 7," by artist "After 7" (SR# 112-721);

- "Good Times," on album "Risque," by artist "Chic" (SR# 13-540);
- "You Make Me Wanna," on album "My Way," by artist "Usher" (SR# 257-730);
- "In The Air Tonight," on album "Face Value," by artist "Phil Collins" (SR# 24-682);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: **June 1, 2005**     By: **/s/ Wendell A. Miles**
Hon. Wendell A. Miles
United States District Judge